# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOHN SHAPIRO, | CIVIL CASE NO. 25-00045 |
| Plaintiff, | |
| vs. | **ORDER** |
| JOY CAMPANELLI, | |
| Defendant. | |

On January 20, 2026, the court ordered Plaintiff to file an amended complaint within 21 days from the date of the Order. *See* ECF No. 3. The court also warned Plaintiff that failure to timely file an amended complaint will result in dismissal with prejudice for failure to state a claim. *Id.* On February 9, 2026, the mail that was sent to Plaintiff, containing a copy of the Order dated January 20, 2026 (ECF No. 3), along with the Notice of Entry of Order (ECF No. 4), were returned as undeliverable. *See* ECF No. 5.

The court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *Ash v. Cvetkov*, 739 F.2d 493 (9th Cir. 1984). "[T]he district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and

the availability of less drastic sanctions." *Id.* (citations omitted).

      In order for the court to manage its docket and to reflect the public's interest in the expeditious resolution of litigation, the court finds that dismissal of this case with prejudice is warranted. Plaintiff failed to amend his complaint and while the court recognizes that the mail sent to Plaintiff was returned as undeliverable, it is Plaintiff's duty to ensure that his address is updated.

      **SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Feb 19, 2026**